**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

CR 06 87T

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | Violation of Title 18, |
| | : | United States Code, Section |
| MICHELLE LAUREANO | : | 286 |

**INFORMATION**

The United States Attorney charges:

**COUNT 1**

Beginning in or about February, 2003, and continuing until in or about March, 2003, within the District of Rhode Island, defendant MICHELLE LAUREANO and an unnamed co-conspirator, unlawfully, willfully and knowingly agreed, combined and conspired with others and each other to defraud the United States by obtaining or aiding to obtain the payment or allowance of false, fictitious or fraudulent claims in the manner and means as follows:

1. Defendant MICHELLE LAUREANO and others agreed to participate in, and participated in, a scheme to obtain or help others to obtain payment of false claims for refunds from the Internal Revenue Service ("IRS") by causing others to file false 2002 federal income tax returns claiming refunds to which they knew they were not entitled.

2. Defendant MICHELLE LAUREANO and others solicited, instructed and assisted others in falsely claiming federal income tax refunds through the preparation and submission of false federal income tax returns.

3. To accomplish the objects of this scheme, defendant MICHELLE LAUREANO and others recruited individuals to file false and fraudulent federal income tax returns under their own names and social security numbers.

4. Defendant MICHELLE LAUREANO created false Schedules C and/or Schedules C-EZ for fictitious businesses which were attached to each prepared return.

5. Defendant MICHELLE LAUREANO falsely reported a net profit from the fictitious business which enabled the taxpayer to claim a false earned income tax credit on each prepared return.

6. Defendant MICHELLE LAUREANO falsely reported income tax withholdings on some of the prepared returns.

7. Defendant MICHELLE LAUREANO falsely reported an earned income tax credit and/or false income tax withholdings on prepared tax returns in order to generate a false or fraudulent tax refund.

8. Defendant MICHELLE LAUREANO electronically filed the prepared false returns with the IRS and claimed tax refunds to which the individuals recruited by the defendant were not entitled.

In violation of Title 18, United States Code, Section 286.

ROBERT CLARK CORRENTE
United States Attorney

By: Rita G. Calvin /GBS
RITA G. CALVIN
Trial Attorney
U.S. Department of Justice
Tax Division, Northern
Criminal Enforcement

Gerard B. Sullivan
GERARD B. SULLIVAN
Chief, Criminal Division

Dated: July 17, 2006