O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

RECEIVED JUL 17 2006 U.S. DISTRICT COURT DISTRICT OF R.I.

UNITED STATES OF AMERICA
V.
MICHELLE LAUREANO

WAIVER OF INDICTMENT

CR 06 87 T

CASE NUMBER:

I, MICHELLE LAUREANO, the above named defendant, who is accused of conspiracy to defraud the government with respect to claims.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7-26-06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

MICHELLE LAUREANO [signature]
Defendant

JOHN E. MACDONALD [signature]
Counsel for Defendant

Before [signature: David L Martin]
Judicial Officer