# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

MICHELLE LAUREANO

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 06-87

RECEIVED

JUL 19 2006

US MARSHALS
RHODE ISLAND

(Name and Address of Defendant)

MICHELLE LAUREANO
Please contact US Probation at 752-7300 prior to the hearing date

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: David L. Martin, United States Magistrate Judge | Date and Time<br>July 26, 2006 at 11:00 AM |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 286

Brief description of offense:
CONSPIRACY TO DEFRAUD THE UNITED STATES

Signature of Issuing Officer

July 19, 2006
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USDC, PROVIDENCE, RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/24/06
Date

BURTON STALLWOOD
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.