**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 06-087-T |
| | : | |
| MICHELLE LAUREANO | : | |

NOTICE OF APPEARANCE OF COUNSEL

The United States of America, by and through Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Andrew Reich, Assistant U.S. Attorney, District of Rhode Island hereby files this Notice of Appearance on behalf of Rita G. Calvin and Thomas G. Voracek, United States Department of Justice, Tax Division, in the above-referenced case. Ms. Calvin and Mr. Voracek will represent the United States. Please address correspondence to Ms. Calvin and Mr. Voracek at the following address:

Rita G. Calvin
Thomas G. Voracek
U.S. Department of Justice
Tax Division
601 D Street, N.W., Room 7334
Washington, D.C. 20530
(202) 514-5150

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Rita Smith Calvin

RITA G. CALVIN
Trial Attorney
U.S. Department of Justice

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 27th day of July, 2006, I mailed a true copy of the Government's Notice of Appearance to:

John E. MacDonald, Esquire
Larochelle & MacDonald
One Turks Head Place
Suite 1440
Providence, RI 02903

Rita Gentile Calvin

Rita G. Calvin