**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 06-087-T |
| | : | |
| MICHELLE LAUREANO | : | |

GOVERNMENT'S MOTION TO
TO AMEND THE INFORMATION

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Rita G. Calvin, Trial Attorney, United States Department of Justice, and hereby moves to amend the Information pursuant to Rule 7(e), Federal Rules of Criminal Procedure.

The government filed the Information and plea agreement in this case on July 18, 2006. On July 26, 2006, the defendant waived indictment and entered a plea of not guilty to the filed Information. Shortly after the arraignment, government counsel became aware that the Information which was filed was not the final version and included a paragraph that had previously been designated for deletion.

Accordingly, the government moves to amend the Information by deleting paragraph no. 3, pursuant to Rule 7(e), F.R.Cr.P.. The deletion of this paragraph does not affect the elements of the offense charged, 18 U.S.C. §286. Moreover, a substantial right of the defendant has not been prejudiced.

The defendant concurs with the government's motion to amend.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Rita Genetti Calvin

RITA G. CALVIN
Trial Attorney
U.S. Department of Justice

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 27th day of July, 2006, I mailed a true copy of the Government's Motion to Amend the Information to:

John E. MacDonald, Esquire
Larochelle & MacDonald
One Turks Head Place
Suite 1440
Providence, RI 02903

Rita Genetti Calvin
Rita G. Calvin