**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 06-00087-01T** |
| | : | |
| **MICHELLE LAUREANO** | : | |

**MOTION FOR CONTINUANCE OF SENTENCING DATE**

The United States of America, by and through Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Rita Genetti Calvin and Thomas G. Voracek, United States Department of Justice, Tax Division, hereby files this Motion For Continuance of the Sentencing Date. In support of the Motion, the government avers the following:

1. On August 30, 2006, Defendant MICHELLE LAUREANO pled guilty to a one-count Information charging her with Conspiracy To Defraud the Government With Respect to Claims in violation of 18 U.S.C. § 286.

2. Defendant MICHELLE LAUREANO is currently scheduled to be sentenced before the Honorable Ernest C. Torres on February 9, 2007.

3. As part of her plea agreement Defendant MICHELLE LAUREANO agreed to meet with government representatives as often as necessary and provide complete and truthful information to them and to appear and testify fully and truthfully in any and

all legal proceedings, including, but not limited to, grand jury, trial, re-trial, and sentencing proceedings.

3. In the plea agreement the government agreed that, if the government, in its sole discretion, determines that Defendant MICHELLE LAUREANO has provided substantial assistance to the government in the investigation or prosecution of another person, the Government will file a motion under §5K1.1 of the guidelines asking the Court to impose a sentence below the guideline sentencing range or any applicable statutory minimum sentence.

4. Defendant MICHELLE LAUREANO and counsel have conferred with government attorneys and provided information which warrants further investigation.

5. In order to complete the investigation regarding this information, additional time is needed.

6. Counsel for Defendant MICHELLE LAUREANO, John E. MacDonald, concurs with this motion.

WHEREFORE, for the above-stated reasons, the government requests a 60-day continuance of the sentencing date.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

By: /s/ Rita Genetti Calvin
RITA GENETTI CALVIN

/s/ Thomas G. Voracek
THOMAS G. VORACEK

Trial Attorneys
U.S. Department of Justice
Tax Division
Tel: (202) 514-5150
Fax: (202) 514-8455

Date: January 19, 2007

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed, with the Clerk of Court using the CM/ECF system, a true and accurate copy of the within Motion for Continuance of Sentencing Date, which will in turn send notification to John E. MacDonald, Attorney at Law, John E. MacDonald, Esq., jm@aggressivelegalservices.com, and by regular mail, postage prepaid to John E. MacDonald, Attorney at Law, 1440 Turks Head Place, Providence, RI 02903.

/s/ Rita Genetti Calvin
RITA GENETTI CALVIN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 06-00087-01T** |
| | : | |
| **MICHELLE LAUREANO** | : | |

**ORDER**

The Court having reviewed the Motion for Continuance of the Sentencing Date filed by the government and for good cause shown, it is hereby

**ORDERED** that the sentencing date be continued until ________ at ________.

Dated: January _____, 2007

____________________________
**ERNEST C. TORRES**
**UNITED STATES DISTRICT JUDGE**