**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA** :
:
v. : **CR. No. 06-00087-01T**
:
**MICHELLE LAUREANO** :

**ORDER**

The Court having reviewed the Motion for Continuance of the Sentencing Date filed by the government and for good cause shown, it is hereby

**ORDERED** that the sentencing date be continued until 5/3/07 at 9:15 am.

Dated: January 24th, 2007

Ernest C. Torres

**ERNEST C. TORRES**
**UNITED STATES DISTRICT JUDGE**