**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 06-87T** |
| | : | |
| **MICHELLE LAUREANO** | : | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE**

Now comes the defendant, Michelle Laureano, by and through counsel, and hereby moves to continue the date of sentencing currently scheduled for May 3, 2007. A memorandum in support of this request is attached hereto.

Respectfully submitted,
Michelle Laureano
By her attorney,

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on April 3, 2007 a true copy of this document was delivered electronically using the CM/ECF system which will send notification to A.U.S.A. Rita Colvin at rita.g.calvin@usdoj.gov and by regular mail, postage prepaid to A.U.S.A. Rita Colvin at U.S. Department of Justice, Tax Division, 601 D Street, NW, Washington, DC 20530.

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 06-87T** |
| | : | |
| **MICHELLE LAUREANO** | : | |

**MEMORANDUM IN SUPPORT OF**
**DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE**

Counsel for the defendant, Michelle Laureano, moves to continue the date of sentencing currently scheduled for May 3, 2007. In support of this motion, counsel avers that additional time is necessary to investigate information provided by Ms. Laureano to the government and to determine whether Ms. Laureano will qualify for a 5K1.1 motion for downward departure. In addition, counsel for Ms. Laureano is scheduled to begin a date certain murder trial in Providence Superior Court on April 30, 2007 in the matter of State of Rhode Island v. Alonzo Shelton, P1-2006-3227BG. Counsel for the government, A.U.S.A. Rita Calvin, concurs with this motion.

Wherefore, for the above-stated reasons, counsel for the defendant respectfully requests a 45-day continuance.

Respectfully submitted,
Michelle Laureano
By her attorney,

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on April 3, 2007 a true copy of this document was delivered electronically using the CM/ECF system which will send notification to A.U.S.A. Rita Colvin at rita.g.calvin@usdoj.gov and by regular mail, postage prepaid to A.U.S.A. Rita Colvin at U.S. Department of Justice, Tax Division, 601 D Street, NW, Washington, DC 20530.

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)