**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 06-87T** |
| | : | |
| **MICHELLE LAUREANO** | : | |

**DEFENDANT'S MOTION FOR VARIANT SENTENCE**

Now comes the defendant, Michelle Laureano, by and through counsel, and respectfully requests that this Honorable Court grant a variant sentence in this matter after consideration of all of the sentencing factors set forth in 18 U.S.C. § 3553(a). A memorandum in support of this request is filed hereto.

Respectfully submitted,
Michelle Laureano
By her attorney,

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on July 5, 2007 a true copy of this document was delivered electronically using the CM/ECF system which will send notification to A.U.S.A. Rita Colvin at rita.g.calvin@usdoj.gov and by regular mail, postage prepaid to A.U.S.A. Rita Colvin at U.S. Department of Justice, Tax Division, 601 D Street, NW, Washington, DC 20530.

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)